UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAEWEATHERS MARSHALL,<br>　　　　Petitioner,<br>　　v.<br>DAVID BAUGHMAN, Warden,<br>　　　　Respondent. | Case No. 17-cv-03618-YGR (PR)<br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On June 21, 2017, Petitioner, a state prisoner, filed a document with the Court in the instant case, which was opened as a habeas corpus action. On June 23, 2017, the Clerk of the Court sent a notice to Petitioner informing him that his action could not go forward until he filed with the Court a habeas corpus petition on the proper form, completed in full, within twenty-eight days or his action would be dismissed. The Clerk also sent Petitioner another notice directing him to either pay the filing fee or file a completed prisoner's *in forma pauperis* ("IFP") application. The Clerk sent Petitioner a blank IFP application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed.

More than twenty-eight days have passed, and Petitioner has not filed his petition on the proper form, paid the filing fee, returned a completed IFP application, or otherwise communicated with the Court.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: August 7, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge